UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOANN CABAN, INVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF LUCAS RAMOS, PLAINTIFFS** | **MISC. CASE NO.** 16-mc-50 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKED PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERCIA, INC., and TAKEDA PHARMACEUTICAL COMPANY LIMITED; DEFENDANTS** | **MAGISTRATE JUDGE HANNA** |

**REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, LUCAS RAMOS**

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Joann Caban as Special Administrator and Derivative; and Madelyn Galarza, Bere Sanabria, Lucas Ramos, Jr., Gilbert Ramos, Alex Ramos, Elvin Ramos, Nathan Ramos, Denys Ramos and Heldon Ramos as Derivative Claimants and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Joann Caban as Special Administrator and Derivative; and Madelyn Galarza, Bere Sanabria, Lucas Ramos, Jr., Gilbert Ramos, Alex Ramos, Elvin Ramos, Nathan Ramos, Denys Ramos and Heldon Ramos as Derivative Claimants

individually and as legal heirs to the Estate of Lucas Ramos deceased, and Takeda, as notice to the Court on __October 25, 2016 be__

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this __27th__ of __October__, 2016.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE