RECEIVED
NOV 1 5 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN CABAN, ET AL. | MISC. CASE NO. 16-mc-50 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Joann Caban, as Special Administrator and Derivative; and Madelyn Galarza, Bere Sanabria, Lucas Ramos, Jr., Gilbert Ramos, Alex Ramos, Elvin Ramos, Nathan Ramos, Denys Ramos and Heldon Ramos, as Derivative Claimants, of the Estate of Lucas Ramos, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE